# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JUAREZ, | ) Case No. CV 11-9896 JHN (MRW) |
| Petitioner, | ) |
| vs. | ) ORDER DISMISSING ACTION |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Michael Juarez is an inmate at Kern Valley State Prison. Mr. Juarez recently filed a motion with the Court requesting an extension of time to file a habeas petition with the Court. He does not have an active case on file in this district. Indeed, his filing is apparently an attempt to extend the deadline to file a future habeas corpus petition challenging his state court criminal conviction. This procedure is not workable, though, so his action must be dismissed without prejudice.

According to the motion, Mr. Juarez was convicted of an offense in Los Angeles County Superior Court. Although it is not clear what his crimes of conviction were or which court affirmed the conviction, Mr. Juarez indicates that he has been in a dispute with an attorney from the Alternate Public Defender's

office regarding his conviction.  Mr. Juarez claims that he is involved in preparing a habeas petition in this Court.  Mr. Juarez asks this Court for an undefined extension of time in order to file that petition.  Other than the motion, though, Mr. Juarez has filed no other materials with the Court in connection with his case.

Notably, Mr. Juarez has not filed an actual habeas petition with the Court.  In this way, he has failed to comply with the Rules Governing Section 2254 Cases in the United States District Courts.  Rule 2(d) expressly requires that a state prisoner commence a habeas action by using a standard form prepared by the court.  In our district, prisoners must complete Form CV-69.  That form provides the Court with basic information about the petitioner, his conviction, the prior status of his case in state and federal court, and, most importantly, the federal constitutional claims he wishes to pursue in federal court.

Mr. Juarez has not provided the Court with any of this important information.  The Court does not know the crime or crimes for which he was convicted, the issues he raised on appeal, or why he believes that his conviction violated the U.S. Constitution.  As a result, the Court cannot grant any form of a stay or future extension of time.

* * *

A state prisoner must begin his case by filing a petition for a writ of habeas corpus.  Mr. Juarez's request for an extension – in the absence of a properly filed petition – is simply inadequate and premature.  If his federal filing comes after the statutory deadline for bringing such an action, Mr. Juarez may be entitled at a later time to request equitable tolling of the statutory deadline or other relief based on his dispute with his attorney.

Therefore, this action is hereby DISMISSED without prejudice. For Mr. Juarez's convenience, the Clerk is directed to send him a blank Form CV-69 with a copy of this Order.

IT IS SO ORDERED.

DATED: December 9, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE